

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00235-CR

## IN RE MATTHEW ALAN CLENDENNEN

### Original Proceeding

## ORDER

Relator Matthew Alan Clendennen's Petition for Writ of Mandamus was filed on July 1, 2015. Relator has since filed a Motion to File Appendix 5 by Hand. Relator's Motion to File Appendix 5 by Hand is granted. Because a copy of Appendix 5 has already been filed, another copy need not be filed.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Response requested
Order issued and filed July 16, 2015

